

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00251-CV

Gloria J. **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK, N.A**.,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due on August 4, 2014. This court granted Appellant's first motion for extension of time to file the brief until August 25, 2014. On August 26, 2014, Appellant filed an unopposed second motion for a fifteen-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than September 9, 2014. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file her brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

Keith E. Hottle
Clerk of Court